FIELDS HOLDING Co., INC., Appellant, *v.* CHANBROOK REALTY Co., INC., Respondent.

(Argued December 7, 1932; decided January 10, 1933.)

*Herman Shulman, Jacob J. Podell, Charles E. Rhodes* and *Felix S. Cohen* for appellant.

*Barnet Kaprow* and *David L. Weissman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.